UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRUNCH LOGISTICS INC., T/A MONTY'S SANDWICH SHOP, on behalf of itself and all others similarly situated,<br>    Plaintiff,<br><br>  v.<br><br>DONEGAL INSURANCE GROUP,<br>    Defendant. | :<br>:<br>:<br>:<br>: No. 5:21-cv-00639<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 11th day of June, 2021, upon consideration of Plaintiff's motion to remand, *see* ECF No. 12, as well as Defendant's motion for judgment on the pleadings, *see* ECF No. 15, and for the reasons set forth in the accompanying Opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to remand, ECF No. 12, is **DENIED.**

2. Defendant's motion for judgment on the pleadings, ECF No. 15, is **GRANTED.**

3. Plaintiff's class action Complaint, *see* ECF No. 1-4, is **DISMISSED, with prejudice.**

4. This case is **CLOSED.**

             BY THE COURT:

             */s/ Joseph F. Leeson, Jr.*
             JOSEPH F. LEESON, JR.
             United States District Judge