# UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRUNCH LOGISTICS INC., T/A MONTY'S SANDWICH SHOP, on behalf of itself and all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>DONEGAL INSURANCE GROUP<br>Defendant. | No. 5:21-cv-00639 |

    Notice is hereby given that CRUNCH LOGISTICS, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Third Circuit from a final order granting the Defendant's Motion for Judgment on the Pleadings entered June 11, 2021.

    Respectfully submitted,

/s/ Richard Golomb
Richard M. Golomb, Esq.
Kenneth J. Grunfeld, Esq.
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 985-9177
Facsimile: (215) 985-4169
rgolomb@golombhonik.com
kgrunfeld@golombhonik.com


W. Daniel "Dee" Miles, III
Rachel N. Boyd
Paul W. Evans
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
Montgomery, AL 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
dee.miles@beasleyallen.com
rachel.boyd@beasleyallen.com
paul.evans@beasleyallen.com

Arnold Levin, Esq.
Laurence Berman, Esq.
Frederick Longer, Esq.
Daniel Levin, Esq.
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
alevin@lfsblaw.com
flonger@lfsblaw.com
dlevin@lfsblaw.com

Dated: July 7, 2021

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Richard M. Golomb, Esquire, certifies that on this date, the foregoing was filed and served via the Court's CM/ECF Filing System.


Date: <u>July 7, 2021</u>                                        */s/ Richard M. Golomb*
                                                                                                Richard M. Golomb, ESQUIRE