# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2295

Crunch Logisitics Inc v. Donegal Insurance Group

(E.D. Pa. No.: 5-21-cv-00639)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 30, 2024
CJG/cc:   Laurence S. Berman, Esq.
          Kenneth J. Grunfeld, Esq.
          Robert T. Horst, Esq.
          Arnold Levin, Esq.
          Daniel C. Levin, Esq.
          Frederick S. Longer, Esq.
          Matthew B. Malamud, Esq.
          Robert M. Runyon III, Esq.
          Mr. George V. Wylesol

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate